EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOHN H. DEIST, State Bar No. 136469
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5855
  Fax:  (415) 703-1234
  Email:  John.Deist@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JUAN MANUEL ANDAZOLA,**<br><br>                   Petitioner,<br><br>  v.<br><br>**JEANNE S. WOODFORD, Warden,**<br><br>                   Respondent. | C 07-6227 PJH<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

     Respondent hereby provides this answer to the petition for writ of habeas corpus and order to show cause.

## I.
## CUSTODY

     Petitioner is a state prisoner lawfully in state custody pursuant to his convictions in the California superior court for attempted murder and assault with a deadly weapon.

**II.**

**PROCEDURAL ISSUES**

Petitioner has exhausted state remedies by presenting his claims to the California Supreme Court. The petition is timely within the meaning of 28 U.S.C. § 2244.

**III.**

**DENIAL OF CLAIMS**

Respondent denies petitioner's claims on the merits.

**IV.**

**INCORPORATION BY REFERENCE**

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

**V.**

**AVAILABLE STATE RECORDS**

Respondent is lodging as exhibits in support of this answer the following relevant portions of the state records: Clerk's Transcript on Appeal (Exhibit 1), Reporter's Transcript on Appeal (Exhibit 2), Respondent's Brief on Appeal (Exhibit 3), California Court of Appeal Opinion and Denial of Habeas Corpus Petition (Exhibit 4), Petition for Review to the California Supreme Court (Exhibit 5), Supreme Court's Denial of Review (Exhibit 6), Petition for Writ of Habeas Corpus to the California Supreme Court (Exhibit 7), Supreme Court's Denial of Petition for Writ of Habeas Corpus (Exhibit 8).

**VI.**

**CONCLUSION**

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated: February 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/S/

JOHN H. DEIST
Deputy Attorney General
Attorneys for Respondent

40208150.wpd
SF2007403517

Answer to Petition for Writ of Habeas Corpus, *Juan M. Andazola v. Jeanne S. Woodford*, C 07-6227 PJH