1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN H. DEIST, State Bar No. 136469
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5855
    Fax:  (415) 703-1234
8   Email:  John.Deist@doj.ca.gov

9  Attorneys for Respondent

11           IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

| | |
|---|---|
| **JUAN MANUEL ANDAZOLA,** | C 07-6227 PJH |
| Petitioner, | **NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |
| v. | |
| **JEANNE S. WOODFORD, Warden,** | |
| Respondent. | |

21       Respondent is lodging as exhibits in support of this answer the following relevant

22  portions of the state records: Clerk's Transcript on Appeal (Exhibit 1), Reporter's Transcript on

23  Appeal (Exhibit 2), Respondent's Brief on Appeal (Exhibit 3), California Court of Appeal

24  Opinion and Denial of Habeas Corpus Petition (Exhibit 4), Petition for Review to the California

25  Supreme Court (Exhibit 5), Supreme Court's Denial of Review (Exhibit 6), Petition for Writ of

26  Habeas Corpus to the California Supreme Court (Exhibit 7), Supreme Court's Denial of Petition

27  for Writ of Habeas Corpus (Exhibit 8).

28

Notice of Lodging of, and Index to, Exhibits, *Juan M. Andazola v. Jeanne S. Woodford*,  C 07-6227 PJH

1

1     Dated: February 4, 2008

2                       Respectfully submitted,

3                       EDMUND G. BROWN JR.
                        Attorney General of the State of California

4                       DANE R. GILLETTE
                        Chief Assistant Attorney General

5

6                       GERALD A. ENGLER
                        Senior Assistant Attorney General

7                       PEGGY S. RUFFRA
                        Supervising Deputy Attorney General

8

9                       /S/

10

11                      JOHN H. DEIST
                       Deputy Attorney General
                       Attorneys for Respondent

12

13 40208163.wpd

14 SF2007403517

Notice of Lodging of, and Index to, Exhibits, *Juan M. Andazola v. Jeanne S. Woodford*, C 07-6227 PJH