UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MANUEL ANDAZOLA,

    Petitioner,

    v.

JEANNE S. WOODFORD,

    Respondent.
_____/

No. C 07-6227 PJH

**JUDGMENT**

Pursuant to the order granting Andazola's federal habeas petition under 28 U.S.C. § 2254 signed today, judgment is entered in favor of petitioner and against respondent. The state shall either initiate trial proceedings against petitioner or release him from custody within one hundred and twenty (120) days of the date of entry of judgment.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 31, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge